**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | **Debtor's name** | **East Coast Towing, Inc.** |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Ivey's Towing & Transport, Inc. (56-1796261)** |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-2098743** |
|---|---|---|

4. **Debtor's address**

**Principal place of business**

**100 Rupert Road**
**Raleigh, NC 27603**
Number, Street, City, State & ZIP Code

**Wake**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor  **East Coast Towing, Inc.**                                 Case number (*if known*) _____
     Name

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
_____

**8.**  **Under which chapter of the Bankruptcy Code is the Debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

**If more than 2 cases, attach a separate list.**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

**List all cases. If more than 1, attach a separate list**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor     **East Coast Towing, Inc.**                                    Case number (*if known*) _____
           Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **East Coast Towing, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2016**
MM / DD / YYYY

_X_ **/s/ Jessica Best**             **Jessica Best**
Signature of authorized representative of debtor       Printed name

Title    **President**

---

**18. Signature of attorney**

_X_ **/s/ Jason L. Hendren**          Date **January 20, 2016**
Signature of attorney for debtor         MM / DD / YYYY

**Jason L. Hendren**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone    **(919) 420-7867**      Email address    **jhendren@hendrenmalone.com**

**NC State Bar 26869**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **East Coast Towing, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 20, 2016**          X */s/ Jessica Best*
                                          Signature of individual signing on behalf of debtor

                                          **Jessica Best**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | | |
| --- | --- | --- |
| Debtor name | **East Coast Towing, Inc.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** | ☐ Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anita Chappell 297 Massengill Pond Road Angier, NC 27501** | | **business loan** | | | | **$50,000.00** |
| **Capital Chrysler Jeep Dodge Attn: Managing Agent 200 Waterfield Ridge Place Garner, NC 27529** | | **business debt** | | | | **$4,763.22** |
| **Carolina Hurricanes Attn: Managing Agent 1400 Edwards Mill Road Raleigh, NC 27607** | | **business debt-marketing** | | | | **$22,258.00** |
| **East Coast Risk Management Attn: Managing Agent 40 Lincoln Way, Ste 201 Irwin, PA 15642** | | **business debt** | | | | **$8,479.43** |
| **Eastern Wrecker Sales Attn: Managing Agent 13401 US 70 Bus Clayton, NC 27520** | | **business debt** | | | | **$125,000.00** |
| **Greentree Associates Attn: Buck Dowdy 119 Walnut Lane Columbia, TN 38401** | | **business debt** | | | | **$24,105.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **East Coast Towing, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Hopkins Oil Attn: Managing Agent P.O. Box 1607 Raleigh, NC 27605** | | **business debt** | | | | **$33,000.00** |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19114-0326** | | **2006 -2007 payroll taxes** | | | | **$339,500.00** |
| **John Rumble 7026 Byrnes Lane Myrtle Beach, SC 29588** | | **business loan** | | | | **$273,700.00** |
| **Jordan Price Wall Gray & Carlton Attn: Terry Carlton 1951 Clark Avenue Raleigh, NC 27605** | | **legal fees** | | | | **$4,698.22** |
| **Kimball Midwest Attn: Managing Agent Dept L- 2780 Columbus, OH 43260** | | **business debt** | | | | **$2,074.58** |
| **Murray Law Office Attn: Managing Agent 8015-105 Creedmoor Road Raleigh, NC 27613** | | **legal fees** | | | | **$8,000.00** |
| **NC Department of Revenue Attn: Bankruptcy Department P.O. Box 1168 Raleigh, NC 27602-1168** | | **2015 payroll taxes** | | | | **$52,300.00** |
| **Rabon & Dailey, LLP Attn: Managing Agent 7610 Six Forks Road, Suite 200 Raleigh, NC 27615** | | **accounting fees** | | | | **$5,775.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor **East Coast Towing, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Specialty Vehicle&Equipment Funding Attn: Dick Fabian 538 Broadhollow Road, Suite 221 Melville, NY 11747 | | 2015 Jeep Wrangler VIN: 1C4BJWDG1FL612070 | | $34,000.00 | $27,000.00 | $7,000.00 |
| Specialty Vehicle&Equipment Funding Attn: Dick Fabian 538 Broadhollow Road, Suite 221 Melville, NY 11747 | | 2000 Cargo Ex Trailer VIN: 4U01C2021YA004141 | | $10,500.00 | $5,000.00 | $5,500.00 |
| Specialty Vehicle&Equipment Funding Attn: Dick Fabian 538 Broadhollow Road, Suite 221 Melville, NY 11747 | | 2016 Kenworth T-370 truck VIN: 2NKHHJ7X8GM483446 | | $211,500.00 | $200,000.00 | $11,500.00 |
| Steve Tayman 130 North Hills Drive Wilmington, NC 28411 | | business loan | | | | $93,000.00 |
| Teletrac Attn: Managing Agent 7391 Lincoln Way Garden Grove, CA 92841 | | business debt | | | | $1,933.06 |
| The American Towing & Recovery Inst Attn: Managing Agent P.O. Box 7 Wade, NC 28395-8000 | | business debt | | | | $1,982.72 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **East Coast Towing, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................    $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................    $     **3,978,285.41**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................    $     **3,978,285.41**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $     **3,065,356.20**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................    $     **391,800.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................    +$     **693,579.33**

4. **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b                      $     **4,150,735.53**

**Fill in this information to identify the case:**

Debtor name **East Coast Towing, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$800.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fidelity Bank** | **Savings** | **3044** | **$76.02** |
| 3.2. | **Fidelity Bank** | **Checking** | **6378** | **$17,116.22** |
| 3.3. | **Fidelity Bank** | **Checking** | **6386** | **$13,941.57** |
| 3.4. | **Fidelity Bank** | **Savings** | **3847** | **$2,195.60** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$34,129.41**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor    **East Coast Towing, Inc.**                                    Case number *(If known)* _____
             Name

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.　　**Accounts receivable**

11a. 90 days old or less:　　　**264,028.00**　　-　　　　　**0.00**　　= ....　　　**$264,028.00**
　　　　　　　　　　　　　face amount　　　　　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　　　　**290,367.00**　　-　　　**81,980.00**　　=....　　　**$208,387.00**
　　　　　　　　　　　　　face amount　　　　　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**
　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.　　　　**$472,415.00**

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.　**Raw materials** | | | | |
| 20.　**Work in progress** | | | | |
| 21.　**Finished goods, including goods held for resale** **tires, spare parts and batteries** | | **$0.00** | **N/A** | **$10,000.00** |
| 22.　**Other inventory or supplies** | | | | |

23.　　**Total of Part 5.**
　　　Add lines 19 through 22.  Copy the total to line 84.　　　　**$10,000.00**

24.　　**Is any of the property listed in Part 5 perishable?**
　　　☑ No
　　　☐ Yes

25.　　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　☑ No

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **East Coast Towing, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **ECT Office:** | | | |
| | **ten (10) desks, six (6) filing cabinets, sixteen (16) office chairs, eleven (11) computers, 24 monitors, three (3) laptops, two (2) copiers/printers, six (6) printers, four (4) scanners, kitchen table and chairs, large storage cabinet, postage meter, two (2) refrigerators, pictures** | **$0.00** | **N/A** | **$1,900.00** |
| | **Ivey's Office:** | | | |
| | **two (2) computers, two (2) monitors, one copier/printer, one scanner** | **$0.00** | **N/A** | **$200.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software computers of trucks for customer diagnostics** | **$0.00** | **N/A** | **$9,500.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
  Add lines 39 through 42.  Copy the total to line 86.                                                             | **$11,600.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
  ■ No
  ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **East Coast Towing, Inc.**  Case number *(If known)* _____
  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
  Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.. **2000 Cargo Ex Trailer**<br>**VIN: 4U01C2021YA004141** | $0.00 | N/A | $5,000.00 |
| 47.2.. **2007 Kenworth 50 ton truck**<br>**VIN: 1NKHDXBTX97J193141** | $0.00 | N/A | $254,560.00 |
| 47.3.. **2007 Peterbilt 50 ton truck**<br>**VIN: 1XP5DB9X67N673439** | $0.00 | N/A | $212,640.00 |
| 47.4.. **2012 Kenworth truck**<br>**VIN: 2NKHHN7X7CM325312** | $0.00 | N/A | $187,500.00 |
| 47.5.. **2011 Freightliner rollback**<br>**VIN: 1FVHA6CK2BDAV5360** | $0.00 | N/A | $159,500.00 |
| 47.6.. **2013 Peterbilt 337 truck**<br>**VIN: 2NP2HN7XXDM180798** | $0.00 | N/A | $212,000.00 |
| 47.7.. **2016 Kenworth T-370 truck**<br>**VIN: 2NKHHJ7X8GM483446** | $0.00 | N/A | $200,000.00 |
| 47.8.. **2015 Jeep Wrangler**<br>**VIN: 1C4BJWDG1FL612070** | $0.00 | N/A | $27,000.00 |
| 47.9.. **2012 Dodge 4500 truck**<br>**VIN: CD7WDKAL0CG135985** | $0.00 | N/A | $46,590.00 |
| 47.10 **2012 Hino 258**<br>.. **VIN: 5PVNE8JN1C4S50327** | $0.00 | N/A | $55,407.00 |
| 47.11 **2012 Dodge 4500 truck**<br>.. **VIN: 3C7WDKAL5CG130474** | $0.00 | N/A | $46,590.00 |
| 47.12 **2012 Dodge 5500 truck**<br>.. **VIN: 3C7WDMEL7CG131423** | $0.00 | N/A | $51,411.00 |
| 47.13 **2013 Hino**<br>.. **VIN: 5PVNE8JN4D4S50453** | $0.00 | N/A | $64,898.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **East Coast Towing, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.14 ·· | **2014 Kenworth rotator**<br>**VIN: 1NKDX4TX5EJ406014** | $0.00   N/A | $665,000.00 |
| 47.15 ·· | **2014 Ford service truck**<br>**VIN: 1FDUF5GT3EEA05292** | $0.00   N/A | $36,000.00 |
| 47.16 ·· | **2013 Peterbilt 16 ton truck**<br>**VIN: 2NP2HN7X9DM180808** | $0.00   N/A | $151,702.00 |
| 47.17 ·· | **2011 Dodge 4500 truck**<br>**VIN: 3D6WA6EL2BG549673** | $0.00   N/A | $46,222.00 |
| 47.18 ·· | **2011 Dodge truck**<br>**VIN: 3D6WU6EL2BG546666** | $0.00   N/A | $38,000.00 |
| 47.19 ·· | **2011 Dodge truck**<br>**VIN: 3D6WA6EL2BG561743** | $0.00   N/A | $38,000.00 |
| 47.20 ·· | **2012 Ford F350**<br>**VIN: 1FD7X3E63CEA61323** | $0.00   N/A | $31,025.00 |
| 47.21 ·· | **2012 Ford F350**<br>**VIN: 1FD7X3E61CEA61322** | $0.00   N/A | $31,025.00 |
| 47.22 ·· | **2012 Hino 258**<br>**VIN: 5PVNE8JN0C4S50240** | $0.00   N/A | $55,835.00 |
| 47.23 ·· | **2010 Kenworth T800 50**<br>**VIN: 1NKDL40X5AJ265164** | $0.00   N/A | $300,690.00 |
| 47.24 ·· | **2012 Kenworth T800 25**<br>**VIN: 1NKDL40X5CJ325009** | $0.00   N/A | $257,742.00 |
| 47.25 ·· | **2012 Ford F650**<br>**VIN: 3FRWX6FC6CV198883** | $0.00   N/A | $40,420.00 |
| 47.26 ·· | **2012 Hino 258**<br>**VIN: 5PVNE8JN8C4S50275** | $0.00   N/A | $65,680.00 |
| 47.27 ·· | **2012 Dodge 4500 truck**<br>**VIN: 3C7WDNBL5CG131365** | $0.00   N/A | $42,000.00 |
| 47.28 ·· | **2013 Ford F650**<br>**VIN: 3FRWX6FC7DV761389** | $0.00   N/A | $70,846.00 |
| 47.29 ·· | **1994 Mick trailer**<br>**VIN: 1M9RC1818RH043479** | $0.00   N/A | $1,000.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **East Coast Towing, Inc.**                                    Case number *(If known)* _____
          Name

| 47.30 ·· | **2008 Sterling service truck**<br>**VIN: 3F6WJ76A18G352916** | $0.00 | N/A | $34,858.00 |
|---|---|---|---|---|
| 47.31 ·· | **1997 International**<br>**VIN: 1HSSDAAN4VH496658** | $0.00 | N/A | $3,500.00 |
| 47.32 ·· | **2006 Holmes trailer**<br>**VIN: 5LVBV10126A010089** | $0.00 | N/A | $500.00 |
| 47.33 ·· | **2008 Ford service truck**<br>**VIN: 1FDA56RX8EA87616** | $0.00 | N/A | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**
       **forklift, GPS units, tire machine, welder, tools,**
       **generator, ramps**                                  $0.00    N/A         $17,000.00

51.    **Total of Part 8.**                                              | $3,450,141.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **East Coast Towing, Inc.**                Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $34,129.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $472,415.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,450,141.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,978,285.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,978,285.41 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Rev. 12/2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                                  CASE NUMBER:
**East Coast Towing, Inc.**
        Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   __Jessica Best__   , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

Debtor's Age:                      _____
Name of former co-owner:     _____

VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $          **0.00**

2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $          **0.00**

3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is  **0** .

| Description of Property | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $          **0.00**

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $          **0.00**

5.  NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| -NONE- | | |

Schedule C-1 - Property Claimed as Exempt - 12/2009

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
|---|
| -NONE- |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
|---|
| -NONE- |

8.  NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $        0.00**

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
|---|
| -NONE- |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
|---|
| -NONE- |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
|---|
| -NONE- |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
|---|
| -NONE- |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

**VALUE CLAIMED AS EXEMPT:  $        0.00**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| **-NONE-** | |
|---|---|

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| **-NONE-** | |
|---|---|

16. FEDERAL PENSION FUND EXEMPTIONS

| **-NONE-** | |
|---|---|

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| **-NONE-** | |
|---|---|

18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.   Of the United States or its agencies as provided by federal law.

b.   Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.   Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.   Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.   For payment of obligations contracted for the purchase of specific real property affected.

f.   For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.   For statutory liens, on the specific property affected, other than judicial liens.

h.   For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.   For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.   Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.   Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **Specialty Vehicle&Equipment Funding** | | 10,500.00 | **2000 Cargo Ex Trailer VIN: 4U01C2021YA004141** | 5,000.00 | 0.00 |
| **Specialty Vehicle&Equipment Funding** | | 171,300.00 | **2007 Kenworth 50 ton truck VIN: 1NKHDXBTX97J193141** | 254,560.00 | 83,260.00 |
| **Specialty Vehicle&Equipment Funding** | | 70,900.00 | **2007 Peterbilt 50 ton truck VIN: 1XP5DB9X67N673439** | 212,640.00 | 141,740.00 |
| **Santander Bank** | | 269,000.00 | **2010 Kenworth T800 50 VIN: 1NKDL40X5AJ265164** | 300,690.00 | 31,690.00 |

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| Santander Bank | | 14,900.00 | **2011 Dodge 4500 truck VIN: 3D6WA6EL2BG549673** | 46,222.00 | 31,322.00 |
| Santander Bank | | 15,500.00 | **2011 Dodge truck VIN: 3D6WU6EL2BG546666** | 38,000.00 | 22,500.00 |
| Santander Bank | | 14,600.00 | **2011 Dodge truck VIN: 3D6WA6EL2BG561743** | 38,000.00 | 23,400.00 |
| **Specialty Vehicle&Equipment Funding** | | 144,600.00 | **2011 Freightliner rollback VIN: 1FVHA6CK2BDAV5360** | 159,500.00 | 14,900.00 |
| Santander Bank | | 29,300.00 | **2012 Dodge 4500 truck VIN: 3C7WDNBL5CG131365** | 42,000.00 | 12,700.00 |
| **Specialty Vehicle&Equipment Funding** | | 25,600.00 | **2012 Dodge 4500 truck VIN: CD7WDKAL0CG135985** | 46,590.00 | 20,990.00 |
| **Specialty Vehicle&Equipment Funding** | | 23,600.00 | **2012 Dodge 4500 truck VIN: 3C7WDKAL5CG130474** | 46,590.00 | 22,990.00 |
| **Specialty Vehicle&Equipment Funding** | | 51,400.00 | **2012 Dodge 5500 truck VIN: 3C7WDMEL7CG131423** | 51,411.00 | 11.00 |
| Santander Bank | | 14,200.00 | **2012 Ford F350 VIN: 1FD7X3E63CEA61323** | 31,025.00 | 16,825.00 |
| Santander Bank | | 14,200.00 | **2012 Ford F350 VIN: 1FD7X3E61CEA61322** | 31,025.00 | 16,825.00 |
| Santander Bank | | 23,200.00 | **2012 Ford F650 VIN: 3FRWX6FC6CV198883** | 40,420.00 | 17,220.00 |
| **Specialty Vehicle&Equipment Funding** | | 27,500.00 | **2012 Hino 258 VIN: 5PVNE8JN1C4S50327** | 55,407.00 | 27,907.00 |
| Santander Bank | | 26,800.00 | **2012 Hino 258 VIN: 5PVNE8JN8C4S50275** | 65,680.00 | 38,880.00 |
| Santander Bank | | 27,100.00 | **2012 Hino 258 VIN: 5PVNE8JN0C4S50240** | 55,835.00 | 28,735.00 |
| Santander Bank | | 186,000.00 | **2012 Kenworth T800 25 VIN: 1NKDL40X5CJ325009** | 257,742.00 | 71,742.00 |
| **Specialty Vehicle&Equipment Funding** | | 161,300.00 | **2012 Kenworth truck VIN: 2NKHHN7X7CM325312** | 187,500.00 | 26,200.00 |
| Santander Bank | | 38,600.00 | **2013 Ford F650 VIN: 3FRWX6FC7DV761389** | 70,846.00 | 32,246.00 |
| **Specialty Vehicle&Equipment Funding** | | 42,100.00 | **2013 Hino VIN: 5PVNE8JN4D4S50453** | 64,898.00 | 22,798.00 |
| Santander Bank | | 125,200.00 | **2013 Peterbilt 16 ton truck VIN: 2NP2HN7X9DM180808** | 151,702.00 | 26,502.00 |
| **Specialty Vehicle&Equipment Funding** | | 195,800.00 | **2013 Peterbilt 337 truck VIN: 2NP2HN7XXDM180798** | 212,000.00 | 16,200.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| Santander Bank | | 23,900.00 | **2014 Ford service truck VIN: 1FDUF5GT3EEA05292** | 36,000.00 | 12,100.00 |
| Specialty Vehicle&Equipment Funding | | 581,000.00 | **2014 Kenworth rotator VIN: 1NKDX4TX5EJ406014** | 665,000.00 | 84,000.00 |
| Specialty Vehicle&Equipment Funding | | 34,000.00 | **2015 Jeep Wrangler VIN: 1C4BJWDG1FL612070** | 27,000.00 | 0.00 |
| Specialty Vehicle&Equipment Funding | | 211,500.00 | **2016 Kenworth T-370 truck VIN: 2NKHHJ7X8GM483446** | 200,000.00 | 0.00 |
| Strategic Funding | lien on accounts | 185,878.10 | **90+days Uncollectable or Doubtful : Unknown A/R** | 208,387.00 | 22,508.90 |
| Strategic Funding | lien on accounts | 185,878.10 | **<90days Uncollectable or Doubtful : Unknown A/R** | 264,028.00 | 78,149.90 |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, __**Jessica Best**__ , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 5 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on: __**January 20, 2016**__          __**/s/ Jessica Best**__
                                                              **Jessica Best**
                                                                        Debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **East Coast Towing, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1  Axis Capital, Inc.**
Creditor's Name

**Attn: Managing Agent
308 N. Locust Street, Suite 100
Grand Island, NE 68801**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**5/1/2012 & 12/27/2012**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All equipment related to agreement #924626 and 925388**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| Unknown | Unknown |
|---|---|

---

**2.2  Citicapital Commercial Corporation**
Creditor's Name

**Attn: Managing Agent
8201 Ridgepoint Drive
Irving, TX 75063**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**1/16/2006**
Last 4 digits of account number

Describe debtor's property that is subject to a lien

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Unknown | Unknown |
|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor  **East Coast Towing, Inc.**                                    Case number (if know) _____
        Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Corporation Service Company**
Creditor's Name

**Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
9/25/2013 & 10/27/2013**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Happy Rock Merchant Solutions** | Describe debtor's property that is subject to a lien | **$120,000.00** | **Unknown** |
|---|---|---|---|---|

**Happy Rock Merchant Solutions**
Creditor's Name

**Attn: Managing Agent
149 West 36th Street, 12th Floor
New York, NY 10018**
Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien
**lien on accounts**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
7/2015**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **KS Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **East Coast Towing, Inc.**
      Name

Case number (*if know*)

---

Creditor's Name
**Attn: Managing Agent**
**P.O. Box 661**
**Smithfield, NC 27577**
Creditor's mailing address

**2007 Kenworth T-800 and with Jerr-Dan HDL 50 ton wrecker**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/29/2010**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **KS Bank** |
Creditor's Name
**Attn: Managing Agent**
**P.O. Box 661**
**Smithfield, NC 27577**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2007 Peterbilt 379 tow truck VIN: 3439**

Unknown      Unknown

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/30/2011**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Money Man 4 Business** |
Creditor's Name
**Attn: Managing Agent**
**7100 Regency Square Blvd, Suite 247**
**Houston, TX 77036**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**For Notice Purposes Only**

Unknown      Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **East Coast Towing, Inc.** | Case number (*if know*) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Santander Bank** | | **Describe debtor's property that is subject to a lien** | **$23,900.00** | **$36,000.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | **2014 Ford service truck** | | |

**Attn: James Baker**
**3 Huntington Quadrangle, Ste 101N**
**Melville, NY 11747**
Creditor's mailing address

**VIN: 1FDUF5GT3EEA05292**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**
**9/25/2013**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6058**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Santander Bank** | | **Describe debtor's property that is subject to a lien** | **$269,000.00** | **$300,690.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | **2010 Kenworth T800 50** | | |

**Attn: James Baker**
**3 Huntington Quadrangle, Ste 101N**
**Melville, NY 11747**
Creditor's mailing address

**VIN: 1NKDL40X5AJ265164**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**
**4/27/2012**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6050**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Santander Bank** | **Describe debtor's property that is subject to a lien** | **$186,000.00** | **$257,742.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor    **East Coast Towing, Inc.**

Case number (if know) _____

Name _____

Creditor's Name

**Attn: James Baker**
**3 Huntington Quadrangle,**
**Ste 101N**
**Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/29/2012**

**Last 4 digits of account number**
**6051**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2012 Kenworth T800 25**
**VIN: 1NKDL40X5CJ325009**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Santander Bank** | | **Describe debtor's property that is subject to a lien** | $125,200.00 | $151,702.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: James Baker**
**3 Huntington Quadrangle,**
**Ste 101N**
**Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/18/2013**

**Last 4 digits of account number**
**6059**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2013 Peterbilt 16 ton truck**
**VIN: 2NP2HN7X9DM180808**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Santander Bank** | | **Describe debtor's property that is subject to a lien** | $23,200.00 | $40,420.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: James Baker**
**3 Huntington Quadrangle,**
**Ste 101N**
**Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**2012 Ford F650**
**VIN: 3FRWX6FC6CV198883**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Debtor **East Coast Towing, Inc.**

Name

Case number (if know) _____

---

**Date debt was incurred**

**11/20/2012**

**Last 4 digits of account number**

**6053**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Santander Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: James Baker**
**3 Huntington Quadrangle,**
**Ste 101N**
**Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**1/9/2013**

**Last 4 digits of account number**

**6054**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2012 Hino 258**
**VIN: 5PVNE8JN8C4S50275**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,800.00          $65,680.00

---

| 2.1 4 | **Santander Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: James Baker**
**3 Huntington Quadrangle,**
**Ste 101N**
**Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**9/7/2011**

**Last 4 digits of account number**

**6035**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2011 Dodge 4500 truck**
**VIN: 3D6WA6EL2BG549673**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,900.00          $46,222.00

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **East Coast Towing, Inc.**
_____
Name

Case number (if know) _____

---

**2.1
5**   **Santander Bank**
Creditor's Name

**Attn: James Baker
3 Huntington Quadrangle,
Ste 101N
Melville, NY 11747**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2/14/2013**

**Last 4 digits of account number
6055**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

| Describe debtor's property that is subject to a lien | $29,300.00 | $42,000.00 |

**2012 Dodge 4500 truck
VIN: 3C7WDNBL5CG131365**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
6**   **Santander Bank**
Creditor's Name

**Attn: James Baker
3 Huntington Quadrangle,
Ste 101N
Melville, NY 11747**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
6/13/2013**

**Last 4 digits of account number
6057**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

| Describe debtor's property that is subject to a lien | $38,600.00 | $70,846.00 |

**2013 Ford F650
VIN: 3FRWX6FC7DV761389**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
7**   **Santander Bank**
Creditor's Name

**Attn: James Baker
3 Huntington Quadrangle,
Ste 101N
Melville, NY 11747**
Creditor's mailing address

| Describe debtor's property that is subject to a lien | $15,500.00 | $38,000.00 |

**2011 Dodge truck
VIN: 3D6WU6EL2BG546666**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  7 of 17

Debtor **East Coast Towing, Inc.**                                   Case number (if know)
_____
Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/28/2011**                                    ☐ No
**Last 4 digits of account number**
**6040**                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Do multiple creditors have an
interest in the same property?**                 **As of the petition filing date, the claim is:**
                                                 Check all that apply
■ No
                                                 ☐ Contingent
☐ Yes. Specify each creditor,                    ☐ Unliquidated
including this creditor and its relative          ☐ Disputed
priority.

---

| 2.1 8 | **Santander Bank** | Describe debtor's property that is subject to a lien | $14,600.00 | $38,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: James Baker
3 Huntington Quadrangle,
Ste 101N
Melville, NY 11747**

**2011 Dodge truck
VIN: 3D6WA6EL2BG561743**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/18/2011**                                   ☐ No
**Last 4 digits of account number**
**6043**                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Do multiple creditors have an
interest in the same property?**                 **As of the petition filing date, the claim is:**
                                                 Check all that apply
■ No
                                                 ☐ Contingent
☐ Yes. Specify each creditor,                    ☐ Unliquidated
including this creditor and its relative          ☐ Disputed
priority.

---

| 2.1 9 | **Santander Bank** | Describe debtor's property that is subject to a lien | $14,200.00 | $31,025.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: James Baker
3 Huntington Quadrangle,
Ste 101N
Melville, NY 11747**

**2012 Ford F350
VIN: 1FD7X3E63CEA61323**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/3/2011**                                    ☐ No
**Last 4 digits of account number**
**6045**                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Do multiple creditors have an
interest in the same property?**                 **As of the petition filing date, the claim is:**
                                                 Check all that apply

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor  **East Coast Towing, Inc.**

Name

Case number (if know) _____

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Santander Bank** | Describe debtor's property that is subject to a lien | $14,200.00 | $31,025.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: James Baker
3 Huntington Quadrangle,
Ste 101N
Melville, NY 11747**

Creditor's mailing address

**2012 Ford F350
VIN: 1FD7X3E61CEA61322**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

**11/3/2011**

Last 4 digits of account number

**6044**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **Santander Bank** | Describe debtor's property that is subject to a lien | $27,100.00 | $55,835.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: James Baker
3 Huntington Quadrangle,
Ste 101N
Melville, NY 11747**

Creditor's mailing address

**2012 Hino 258
VIN: 5PVNE8JN0C4S50240**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

**2/23/2012**

Last 4 digits of account number

**6048**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.22 | **Specialty Vehicle&Equipment Funding** | Describe debtor's property that is subject to a lien | $27,500.00 | $55,407.00 |
|---|---|---|---|---|

Debtor    **East Coast Towing, Inc.**                                   Case number (if know) _____

Name

| Creditor's Name | | |
|---|---|---|
| **Attn: Dick Fabian**<br>**538 Broadhollow Road,**<br>**Suite 221**<br>**Melville, NY 11747** | **2012 Hino 258**<br>**VIN: 5PVNE8JN1C4S50327** | |

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**4/25/2012**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4004**

**As of the petition filing date, the claim is:**

**Do multiple creditors have an interest in the same property?**

Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 3 | **Specialty Vehicle&Equipment Funding** | **Describe debtor's property that is subject to a lien** | $34,000.00 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

| **Attn: Dick Fabian**<br>**538 Broadhollow Road,**<br>**Suite 221**<br>**Melville, NY 11747** | **2015 Jeep Wrangler**<br>**VIN: 1C4BJWDG1FL612070** |
|---|---|

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**7/1/2015**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5002**

**As of the petition filing date, the claim is:**

**Do multiple creditors have an interest in the same property?**

Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 4 | **Specialty Vehicle&Equipment Funding** | **Describe debtor's property that is subject to a lien** | $51,400.00 | $51,411.00 |
|---|---|---|---|---|

Creditor's Name

| **Attn: Dick Fabian**<br>**538 Broadhollow Road,**<br>**Suite 221**<br>**Melville, NY 11747** | **2012 Dodge 5500 truck**<br>**VIN: 3C7WDMEL7CG131423** |
|---|---|

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

---

Official Form 206D             Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**             page 10 of 17

Debtor  **East Coast Towing, Inc.**                                   Case number (if know) _____
      Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**8/21/2012**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4006**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 5 | **Specialty Vehicle&Equipment Funding** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Dick Fabian**
**538 Broadhollow Road,**
**Suite 221**
**Melville, NY 11747**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2012 Dodge 4500 truck**
**VIN: 3C7WDKAL5CG130474**

**Describe the lien**

$23,600.00      $46,590.00

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**4/25/2012**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4005**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 6 | **Specialty Vehicle&Equipment Funding** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Dick Fabian**
**538 Broadhollow Road,**
**Suite 221**
**Melville, NY 11747**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2013 Hino**
**VIN: 5PVNE8JN4D4S50453**

**Describe the lien**

$42,100.00      $64,898.00

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**3/27/2013**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4012**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **East Coast Towing, Inc.**
_____
Name

Case number (if know) _____

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Specialty Vehicle&Equipment Funding** | | $581,000.00 | $665,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Dick Fabian**
**538 Broadhollow Road,**
**Suite 221**
**Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/1/2013**

**Last 4 digits of account number**

**9011**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

Describe debtor's property that is subject to a lien
**2014 Kenworth rotator**
**VIN: 1NKDX4TX5EJ406014**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Specialty Vehicle&Equipment Funding** | | $144,600.00 | $159,500.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Dick Fabian**
**538 Broadhollow Road,**
**Suite 221**
**Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**8/22/2014**

**Last 4 digits of account number**

**0002**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2011 Freightliner rollback**
**VIN: 1FVHA6CK2BDAV5360**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Specialty Vehicle&Equipment Funding** | | $25,600.00 | $46,590.00 |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 17

Debtor   **East Coast Towing, Inc.**                                    Case number (*if known*) _____

Name

| Creditor's Name | |
|---|---|
| **Attn: Dick Fabian**<br>**538 Broadhollow Road,**<br>**Suite 221**<br>**Melville, NY 11747** | **2012 Dodge 4500 truck**<br>**VIN: CD7WDKAL0CG135985** |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

**4/25/2012**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**4003**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.30 | **Specialty Vehicle&Equipment Funding** | **Describe debtor's property that is subject to a lien** | $10,500.00 | $5,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2000 Cargo Ex Trailer**<br>**VIN: 4U01C2021YA004141** | | |
| | **Attn: Dick Fabian**<br>**538 Broadhollow Road,**<br>**Suite 221**<br>**Melville, NY 11747** | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

**9/13/2013**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**9010**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.31 | **Specialty Vehicle&Equipment Funding** | **Describe debtor's property that is subject to a lien** | $161,300.00 | $187,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **2012 Kenworth truck**<br>**VIN: 2NKHHN7X7CM325312** | | |
| | **Attn: Dick Fabian**<br>**538 Broadhollow Road,**<br>**Suite 221**<br>**Melville, NY 11747** | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 13 of 17

Debtor   **East Coast Towing, Inc.**                                    Case number (if know) _____

_____
Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**8/22/2014**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 2 | **Specialty Vehicle&Equipment Funding** | **Describe debtor's property that is subject to a lien** | $195,800.00 | $212,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Dick Fabian**
**538 Broadhollow Road,**
**Suite 221**
**Melville, NY 11747**

**2013 Peterbilt 337 truck**
**VIN: 2NP2HN7XXDM180798**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**4/29/2015**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0003**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | **Specialty Vehicle&Equipment Funding** | **Describe debtor's property that is subject to a lien** | $171,300.00 | $254,560.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Dick Fabian**
**538 Broadhollow Road,**
**Suite 221**
**Melville, NY 11747**

**2007 Kenworth 50 ton truck**
**VIN: 1NKHDXBTX97J193141**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**9/13/2013**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9002**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **East Coast Towing, Inc.**                          Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Specialty Vehicle&Equipment Funding** | | $211,500.00 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Dick Fabian**
**538 Broadhollow Road,**
**Suite 221**
**Melville, NY 11747**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2016 Kenworth T-370 truck**
**VIN: 2NKHHJ7X8GM483446**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/1/2015**

**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Specialty Vehicle&Equipment Funding** | | $70,900.00 | $212,640.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Dick Fabian**
**538 Broadhollow Road,**
**Suite 221**
**Melville, NY 11747**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2007 Peterbilt 50 ton truck**
**VIN: 1XP5DB9X67N673439**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/13/2013**

**Last 4 digits of account number**
**9003**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Stafford Funding** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 15 of 17

Debtor    **East Coast Towing, Inc.**                    Case number (if know) _____

Name

---

Creditor's Name

**Attn: Managing Agent**
**848 N. Rainbow Blvd.**
**#3531**
**Las Vegas, NV 89107**

Creditor's mailing address

**Blanket Lien**

Describe the lien

**UCC-1**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

**2/19/2014**

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Strategic Funding** |
|---|---|

Creditor's Name

**Attn: Jennifer Ballard**
**120 W. 45th Street, 2nd**
**Floor**
**New York, NY 10036**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**90+days**
**Uncollectable or Doubtful : Unknown**
**A/R**

$185,878.10        $208,387.00

Describe the lien

**lien on accounts**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 8 | **Strategic Funding** |
|---|---|

Creditor's Name

**Attn: Jennifer Ballard**
**120 W. 45th Street, 2nd**
**Floor**
**New York, NY 10036**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**<90days**
**Uncollectable or Doubtful : Unknown**
**A/R**

$185,878.10        $264,028.00

Describe the lien

**lien on accounts**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

---

Debtor  **East Coast Towing, Inc.**                                              Case number (if know) _____
_____
Name

| | |
|---|---|
| **Date debt was incurred** | ■ No |
| **5/2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 9 | **Wells Fargo Equipment Finance, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
733 Marquette Ave, Suite 700
Minneapolis, MN 55402**

Creditor's mailing address

Creditor's email address, if known

**2007 Peterbilt 379 tow truck VIN: 3439 and 2007 Kenworth T800 VIN: 3141**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
8/4/2012**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,065,356.2 0** |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | Line | |
| **-NONE-** | | |

**Fill in this information to identify the case:**

Debtor name    **East Coast Towing, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Dept. of Employment Security**<br>**Attn: Managing Agent**<br>**P.O. Box 25903**<br>**Raleigh, NC 27611-5903** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114-0326** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$339,500.00** | **$339,500.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**2006 -2007 payroll taxes** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    36254                    Best Case Bankruptcy

| Debtor | **East Coast Towing, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,300.00 | $52,300.00 |
|---|---|---|---|---|

**NC Department of Revenue**
**Attn: Bankruptcy Department**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2015 payroll taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wake County Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

**Anita Chappell**
**297 Massengill Pond Road**
**Angier, NC 27501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business loan**

Date or dates debt was incurred    **7/16/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,763.22 |
|---|---|---|---|

**Capital Chrysler Jeep Dodge**
**Attn: Managing Agent**
**200 Waterfield Ridge Place**
**Garner, NC 27529**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **East Coast Towing, Inc.**                                                          Case number (if known)
_____                                    _____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,258.00 |
|---|---|---|---|

**3.3** — Nonpriority creditor's name and mailing address

**Carolina Hurricanes**
**Attn: Managing Agent**
**1400 Edwards Mill Road**
**Raleigh, NC 27607**

As of the petition filing date, the claim is:                    **$22,258.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt- marketing**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

**3.4** — Nonpriority creditor's name and mailing address

**City of Raleigh**
**Attn: Managing Agent**
**222 W. Hargett Street**
**Raleigh, NC 27601**

As of the petition filing date, the claim is:                    **$53.46**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

**3.5** — Nonpriority creditor's name and mailing address

**East Coast Risk Management**
**Attn: Managing Agent**
**40 Lincoln Way, Ste 201**
**Irwin, PA 15642**

As of the petition filing date, the claim is:                    **$8,479.43**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

**3.6** — Nonpriority creditor's name and mailing address

**Eastern Wrecker Sales**
**Attn: Managing Agent**
**13401 US 70 Bus**
**Clayton, NC 27520**

As of the petition filing date, the claim is:                    **$125,000.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt**

Date or dates debt was incurred  **1/1/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor  **East Coast Towing, Inc.**                                        Case number (if known)  _____
Name

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$312.00** |
|---|---|---|---|

**FastMed Urgent Care**
**Attn: Managing Agent**
**935 Shotwell Road, Ste 108**
**Clayton, NC 27520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**medical expenses**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$24,105.00** |
|---|---|---|---|

**Greentree Associates**
**Attn: Buck Dowdy**
**119 Walnut Lane**
**Columbia, TN 38401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$33,000.00** |
|---|---|---|---|

**Hopkins Oil**
**Attn: Managing Agent**
**P.O. Box 1607**
**Raleigh, NC 27605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$30,000.00** |
|---|---|---|---|

**Jessica Best**
**84 Colson Drive**
**Garner, NC 27529**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business loan**

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor    **East Coast Towing, Inc.**    Case number (if known) _____
_____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $909.67 |

**3.11**

**Nonpriority creditor's name and mailing address**

**JJ Keller & Associates, Inc.**
**Attn: Managing Agent**
**P.O. Box 6609**
**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt**

Is the claim subject to offset?
■ No
☐ Yes

$909.67

---

**3.12**

**Nonpriority creditor's name and mailing address**

**John Rumble**
**7026 Byrnes Lane**
**Myrtle Beach, SC 29588**

Date or dates debt was incurred **10/1/2011**

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business loan**

Is the claim subject to offset?
■ No
☐ Yes

$273,700.00

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Jordan Price Wall Gray & Carlton**
**Attn: Terry Carlton**
**1951 Clark Avenue**
**Raleigh, NC 27605**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**legal fees**

Is the claim subject to offset?
■ No
☐ Yes

$4,698.22

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Kangaroo**
**Attn: Managing Agent**
**P.O. Box 923928**
**Norcross, GA 30010**

Date or dates debt was incurred _____

Last 4 digits of account number **9329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt**

Is the claim subject to offset?
■ No
☐ Yes

$285.00

Debtor  **East Coast Towing, Inc.**                                    Case number *(if known)* _____
      Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,074.58 |

**Kimball Midwest**
**Attn: Managing Agent**
**Dept L- 2780**
**Columbus, OH 43260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**business debt**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,000.00 |

**Murray Law Office**
**Attn: Managing Agent**
**8015-105 Creedmoor Road**
**Raleigh, NC 27613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**legal fees**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,373.00 |

**National Truck & Trailer**
**Attn: Managing Agent**
**P.O. Box 14602**
**Lenexa, KS 66285**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**business debt**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,739.00 |

**NextCare Urgent Care**
**Attn: Managing Agent**
**P.O. Box 843833**
**Los Angeles, CA 90084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**medical expenses**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor **East Coast Towing, Inc.** _____   Case number *(if known)* _____

Name

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,775.00** |

**Rabon & Dailey, LLP**
**Attn: Managing Agent**
**7610 Six Forks Road, Suite 200**
**Raleigh, NC 27615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**accounting fees**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$93,000.00** |

**Steve Tayman**
**130 North Hills Drive**
**Wilmington, NC 28411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**business loan**

Date or dates debt was incurred  **2/23/2015**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,933.06** |

**Teletrac**
**Attn: Managing Agent**
**7391 Lincoln Way**
**Garden Grove, CA 92841**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**business debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,982.72** |

**The American Towing & Recovery Inst**
**Attn: Managing Agent**
**P.O. Box 7**
**Wade, NC 28395-8000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**business debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **East Coast Towing, Inc.**                                    Case number (if known) _____
         Name

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.97 |

**York County Treasurer**
**Attn: Managing Agent**
**P.O. Box 116**
**York, SC 29745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**business debt**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 391,800.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 693,579.33 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,085,379.33 |

**Fill in this information to identify the case:**

Debtor name    **East Coast Towing, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Property lease 145 Uzzle Industrial Drive, Clayton** | |
| | State the term remaining | **11/1/2018** | |
| | List the contract number of any government contract | | **Adam Whitmire & Mary Stutsman 144 Uzzle Industrial Drive Clayton, NC 27520** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of five (5) vehicles** | |
| | State the term remaining | **11/19/2016** | |
| | List the contract number of any government contract | | **Dynamic Properties, Attn: Managing Agent 703 Edgewater Drive Garner, NC 27529** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Property lease 3834 Centurion Drive and 0 Conquest Drive, Garner** | |
| | State the term remaining | **9/17/2018** | |
| | List the contract number of any government contract | | **Ivey's Crosswinds, LLC Attn: Managing Agent 2371 Powhatan Road Clayton, NC 27527** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting service contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **John Rumble 7026 Byrnes Lane Myrtle Beach, SC 29588** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 **East Coast Towing, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Multiple towing contracts** | |
| State the term remaining | |
| List the contract number of any government contract | **Multiple Parties** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Lease of three (3) vehicles** | |
| State the term remaining **1/21/2018** | **Purple Sunset, LLC Attn: Managing Agent 84 Colson Drive Garner, NC 27529** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Payroll & HR** | |
| State the term remaining **7/4/2016** | **Resourcing Edge I, LLC Attn: Managing Agent 1309 Ridge Road, Suite 200 Rockwall, TX 75087** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Property lease of 2814 Brewton Place, Raleigh** | |
| State the term remaining **9/30/2016** | **Ruby Summey 202 Westover Drive Knightdale, NC 27545** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **East Coast Towing, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
     amended filing

Official Form 206H
# Schedule H: Your Codebtors
                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                         *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Santander Bank | ☑ D    **2.8** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Santander Bank | ☑ D    **2.9** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Santander Bank | ☑ D    **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Santander Bank | ☑ D    **2.12** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **East Coast Towing, Inc.**                         Case number *(if known)* _____

| ▮ **Additional Page to List More Codebtors** |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Santander Bank | ■ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Santander Bank | ■ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Santander Bank | ■ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Santander Bank | ■ D ___2.16___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Santander Bank | ■ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Santander Bank | ■ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Santander Bank | ■ D ___2.19___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **East Coast Towing, Inc.**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Santander Bank | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Santander Bank | ■ D __2.21__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D __2.26__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto<br>P.O. Box 10669<br>Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D __2.27__<br>☐ E/F _____<br>☐ G _____ |

Debtor  **East Coast Towing, Inc.**

Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D ___2.28___ ☐ E/F _____ ☐ G _____ |
| 2.20 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D ___2.29___ ☐ E/F _____ ☐ G _____ |
| 2.21 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D ___2.30___ ☐ E/F _____ ☐ G _____ |
| 2.22 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D ___2.31___ ☐ E/F _____ ☐ G _____ |
| 2.23 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D ___2.32___ ☐ E/F _____ ☐ G _____ |
| 2.24 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D ___2.33___ ☐ E/F _____ ☐ G _____ |
| 2.25 | Estate of Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | Specialty Vehicle&Equipment Funding | ■ D ___2.34___ ☐ E/F _____ ☐ G _____ |

Debtor   **East Coast Towing, Inc.**                                   Case number *(if known)* _____

---

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                               *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.26 | **Estate of Paul Best** | **c/o Jordan Price Wall Gray & Carlto**<br>**P.O. Box 10669**<br>**Raleigh, NC 27605** | **Specialty Vehicle&Equipment Funding** | ■ D  **2.35**<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Estate of Paul Best** | **c/o Jordan Price Wall Gray & Carlto**<br>**P.O. Box 10669**<br>**Raleigh, NC 27605** | **Santander Bank** | ■ D  **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Estate of Paul Best** | **c/o Jordan Price Wall Gray & Carlto**<br>**P.O. Box 10669**<br>**Raleigh, NC 27605** | **Specialty Vehicle&Equipment Funding** | ■ D  **2.22**<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Estate of Paul Best** | **c/o Jordan Price Wall Gray & Carlto**<br>**P.O. Box 10669**<br>**Raleigh, NC 27605** | **Money Man 4 Business** | ■ D  **2.7**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name  **East Coast Towing, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $302,364.77 |
    | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | $7,027,040.45 |
    | **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | $8,751,810.52 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **East Coast Towing, Inc.**                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Kabbage Loan**<br>**Attn: Managing Agent**<br>**925B Peachtree Street NE, Suite 1688**<br>**Atlanta, GA 30309** | 10/15/2015 -<br>1/20/2016 | $10,864.99 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Dynamic Properties,**<br>**Attn: Managing Agent**<br>**703 Edgewater Drive**<br>**Garner, NC 27529** | 10/15/2015 -<br>1/20/2016 | $20,850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.3. **Dynamic Properties,**<br>**Attn: Managing Agent**<br>**703 Edgewater Drive**<br>**Garner, NC 27529** | 10/15/2015 -<br>1/20/2016 | $24,750.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Vehicle lease**__ |
| 3.4. **Ruby Summey**<br>**202 Westover Drive**<br>**Knightdale, NC 27545** | 10/15/2015 -<br>1/20/2016 | $8,550.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.5. **Ivey's Crosswinds, LLC**<br>**Attn: Managing Agent**<br>**2371 Powhatan Road**<br>**Clayton, NC 27527** | 10/15/2015 -<br>1/20/2016 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.6. **Santander Bank**<br>**Attn: James Baker**<br>**3 Huntington Quadrangle, Ste 101N**<br>**Melville, NY 11747** | 10/15/2015 -<br>1/20/2016 | $116,679.81 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Blue Cross and Blue Shield of NC**<br>**Attn: Managing Agent**<br>**P.O. Box 580012**<br>**Charlotte, NC 28258-0012** | 10/15/2015 -<br>1/20/2016 | $127,662.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Happy Rock Merchant Solutions**<br>**Attn: Managing Agent**<br>**149 West 36th Street, 12th Floor**<br>**New York, NY 10018** | 10/15/2015 -<br>1/20/2016 | $18,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **East Coast Towing, Inc.**                                         Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Hopkins Oil**<br>**Attn: Managing Agent**<br>**P.O. Box 1607**<br>**Raleigh, NC 27605** | **10/15/2015 -**<br>**1/20/2016** | **$67,736.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **Wex Bank**<br>**Attn: Managing Agent**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197** | **10/15/2015 -**<br>**1/20/2016** | **$67,075.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **Strategic Funding Source,**<br>**Inc. v. Ivey's Towing &**<br>**Transports, Inc. d/b/a Ivey's**<br>**Towing & Transports**<br>**161766/2015** | **Collection** | **Supreme Court of the State**<br>**of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **East Coast Towing, Inc.**                                    Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Strategic Funding Source, Inc. v. East Coast Towing, Inc. d/b/a East Coast Towing and Paul H. Best 160856/2015** | Collection | **Supreme Court of the State of New York 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Hendren, Redwine & Malone, PLLC Attn: Jason L. Hendren 4600 Marriott Drive, Suite 150 Raleigh, NC 27612** | | **1/7/2016** | **$25,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **East Coast Towing, Inc.**                                   Case number *(if known)*

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Purple Sunset, LLC Attn: Jessica Best 84 Colson Drive Garner, NC 27529** | **2007 Peterbilt VIN: 1XPFDB9X37N685116, Landoll Flat Deck VIN: 1LH440VH5C1018818, and a 2008 Peterbilt VIN: 2NPLHM6X68M764606.** | **12/30/2015** | **$142,000.00** |
| **Relationship to debtor none** | | | |
| 13.2. **Dynamic Properties, Attn: Jimmy Thompson 703 Edgewater Drive Garner, NC 27529** | **2011 Dodge 4500 VIN: 3D6WA6EL1BG503400, 2011 Hino VIN: 5PVNE8JN0B4S50088, 2012 Dodge 4500 VIN: 3C7WDKAL8CG104080, 2012 Kia Soul VIN: KNDJT2A5XC7399819, and a 2012 Hino 258 VIN: 5PVNE8JN2C4S50286** | **10/2014** | **$124,167.01** |
| **Relationship to debtor none** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor __East Coast Towing, Inc._____     Case number *(if known)* _____

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.** **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19.** **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20.** **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.** **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Multiple | 100 Rupert Road Raleigh, NC 27603 | Vehicles impounded and/or held for client pick up. Inventory available upon request. | Unknown |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **East Coast Towing, Inc.** _____   Case number *(if known)* _____

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Rabon & Dailey**<br>**Attn: Managing Agent**<br>**7610 Six Forks Road, Suite 200**<br>**Raleigh, NC 27615** | **1998 - present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

Debtor   **East Coast Towing, Inc.**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Rabon & Dailey**<br>**Attn: Managing Agent**<br>**7610 Six Forks Road, Suite 200**<br>**Raleigh, NC 27615** | **1998 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Rabon & Dailey**<br>**Attn: Managing Agent**<br>**7610 Six Forks Road, Suite 200**<br>**Raleigh, NC 27615** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Happy Rock Merchant Solutions**<br>**Attn: Managing Agent**<br>**149 West 36th Street, 12th Floor**<br>**New York, NY 10018** |
| 26d.2.   **Santander Bank**<br>**Attn: James Baker**<br>**3 Huntington Quadrangle, Ste 101N**<br>**Melville, NY 11747** |
| 26d.3.   **Strategic Funding**<br>**Attn: Jennifer Ballard**<br>**120 W. 45th Street, 2nd Floor**<br>**New York, NY 10036** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of Paul Best** | **c/o Jordan Price Wall Gray & Carlto**<br>**P.O. Box 10669**<br>**Raleigh, NC 27605** | | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jessica Best** | **84 Colson Drive**<br>**Garner, NC 27529** | **President- director** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor   **East Coast Towing, Inc.**                                        Case number *(if known)*

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Paul Best | c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | President | 1998 - 2015 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Estate of Paul Best c/o Jordan Price Wall Gray & Carlto P.O. Box 10669 Raleigh, NC 27605 | $54,000.00 | January 2015-September 15, 2015 | W-2 Income |
| | Relationship to debtor Owner | | | |
| 30.2. | Jessica Best 84 Colson Drive Garner, NC 27529 | $58,300.00 | 2015 | W-2 Income |
| | Relationship to debtor Spouse of sole shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor  **East Coast Towing, Inc.**                                        Case number *(if known)*

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2016**

**/s/ Jessica Best**                                              **Jessica Best**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **East Coast Towing, Inc.**                                                  Case No. _____

                                          Debtor(s)                Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 20, 2016**                              **/s/ Jason L. Hendren**
_Date_                                            **Jason L. Hendren**
                                                  _Signature of Attorney_
                                                  **Hendren, Redwine & Malone, PLLC**
                                                  **4600 Marriott Drive**
                                                  **Suite 150**
                                                  **Raleigh, NC 27612**
                                                  **(919) 420-7867   Fax: (919) 420-0475**
                                                  **jhendren@hendrenmalone.com**
                                                  _Name of law firm_

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **East Coast Towing, Inc.**                                    Case No. _____
                                     Debtor(s)          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Estate of Paul Best**<br>**c/o Jordan Price Wall Gray & Carlto**<br>**P.O. Box 10669**<br>**Raleigh, NC 27605** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 20, 2016** _____          Signature   **/s/ Jessica Best** _____
                                                         **Jessica Best**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **East Coast Towing, Inc.**                                                    Case No. _____
                                                                Debtor(s)              Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 20, 2016** _____        **/s/ Jessica Best** _____
                                                      **Jessica Best/President**
                                                      Signer/Title

Anita Chappell
297 Massengill Pond Road
Angier, NC 27501

Dept. of Employment Security
Attn: Managing Agent
P.O. Box 25903
Raleigh, NC 27611-5903

Jessica Best
84 Colson Drive
Garner, NC 27529

Axis Capital, Inc.
Attn: Managing Agent
308 N. Locust Street, Suite 100
Grand Island, NE 68801

East Coast Risk Management
Attn: Managing Agent
40 Lincoln Way, Ste 201
Irwin, PA 15642

JJ Keller & Associates, Inc.
Attn: Managing Agent
P.O. Box 6609
Carol Stream, IL 60197

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Eastern Wrecker Sales
Attn: Managing Agent
13401 US 70 Bus
Clayton, NC 27520

John Rumble
7026 Byrnes Lane
Myrtle Beach, SC 29588

Capital Chrysler Jeep Dodge
Attn: Managing Agent
200 Waterfield Ridge Place
Garner, NC 27529

Estate of Paul Best
c/o Jordan Price Wall Gray & Carlto
P.O. Box 10669
Raleigh, NC 27605

Jordan Price Wall Gray & Carlton
Attn: Terry Carlton
1951 Clark Avenue
Raleigh, NC 27605

Carolina Hurricanes
Attn: Managing Agent
1400 Edwards Mill Road
Raleigh, NC 27607

FastMed Urgent Care
Attn: Managing Agent
935 Shotwell Road, Ste 108
Clayton, NC 27520

Kangaroo
Attn: Managing Agent
P.O. Box 923928
Norcross, GA 30010

Citicapital Commercial Corporation
Attn: Managing Agent
8201 Ridgepoint Drive
Irving, TX 75063

Greentree Associates
Attn: Buck Dowdy
119 Walnut Lane
Columbia, TN 38401

Kate King
Jordan Price Wall Gray & Carlton
P.O. Box 10669
Raleigh, NC 27605

City of Raleigh
Attn: Managing Agent
222 W. Hargett Street
Raleigh, NC 27601

Happy Rock Merchant Solutions
Attn: Managing Agent
149 West 36th Street, 12th Floor
New York, NY 10018

Kimball Midwest
Attn: Managing Agent
Dept L- 2780
Columbus, OH 43260

Corporation Service Company
Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708

Hopkins Oil
Attn: Managing Agent
P.O. Box 1607
Raleigh, NC 27605

KS Bank
Attn: Managing Agent
P.O. Box 661
Smithfield, NC 27577

Department of Treasury
Financial Management Service
PO Box 1686
Birmingham, AL 35201

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114-0326

Money Man 4 Business
Attn: Managing Agent
7100 Regency Square Blvd, Suite 2
Houston, TX 77036

Multiple Parties

Steve Tayman
130 North Hills Drive
Wilmington, NC 28411


Murray Law Office
Attn: Managing Agent
8015-105 Creedmoor Road
Raleigh, NC 27613

Strategic Funding
Attn: Jennifer Ballard
120 W. 45th Street, 2nd Floor
New York, NY 10036


National Truck & Trailer
Attn: Managing Agent
P.O. Box 14602
Lenexa, KS 66285

Teletrac
Attn: Managing Agent
7391 Lincoln Way
Garden Grove, CA 92841


NC Department of Revenue
Attn: Bankruptcy Department
P.O. Box 1168
Raleigh, NC 27602-1168

The American Towing & Recovery Inst
Attn: Managing Agent
P.O. Box 7
Wade, NC 28395-8000


NextCare Urgent Care
Attn: Managing Agent
P.O. Box 843833
Los Angeles, CA 90084

U.S. Attorney's Office, EDNC
Attn: Managing Agent
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461


Rabon & Dailey, LLP
Attn: Managing Agent
7610 Six Forks Road, Suite 200
Raleigh, NC 27615

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602


Santander Bank
Attn: James Baker
3 Huntington Quadrangle, Ste 101N
Melville, NY 11747

Wells Fargo Equipment Finance, Inc.
Attn: Managing Agent
733 Marquette Ave, Suite 700
Minneapolis, MN 55402


Specialty Vehicle&Equipment Funding
Attn: Dick Fabian
538 Broadhollow Road, Suite 221
Melville, NY 11747

York County Treasurer
Attn: Managing Agent
P.O. Box 116
York, SC 29745


Stafford Funding
Attn: Managing Agent
848 N. Rainbow Blvd. #3531
Las Vegas, NV 89107

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **East Coast Towing, Inc.**
_____
                          Debtor(s)

Case No. _____
Chapter   **11**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **East Coast Towing, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

**January 20, 2016**
_____
Date

**/s/ Jason L. Hendren**
_____
**Jason L. Hendren**
Signature of Attorney or Litigant
Counsel for   **East Coast Towing, Inc.**
_____
**Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**jhendren@hendrenmalone.com**